# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 99-20432
_____

## HOUSTON LIGHTING & POWER COMPANY,

**Plaintiff-Appellee,**

**versus**

## THE INTERNATIONAL BROTHERHOOD OF
## ELECTRICAL WORKERS LOCAL UNION NO. 66,

**Defendant-Appellant.**
_____

### Appeal from the United States District Court
### for the Southern District of Texas
### H-98-CV-1902
_____

### February 10, 2000

**Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges:**

**PER CURIAM:**[*]

   **AFFIRMED** for essentially the reasons stated in the well-reasoned opinion by the district court. ***Houston Lighting & Power Co. v. International Bhd. of Elec. Workers, Local Union No. 66***, No. H-98-1902 (S.D. Tex. April 12, 1999). *See **Houston Lighting & Power Co. v. International Bhd. of Elec. Workers, Local Union No. 66***, 71 F.3d 179 (5th Cir. 1995).

*AFFIRMED*.

---

   [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.